# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ, *et al.*    )
                                        )
                    Petitioners,        )
                                        )
            v.                          )    Civil Action No. 1:09-cv-00745 (RCL)
                                        )
BARACK H. OBAMA,                        )
President of the United States, *et al.*, )
                                        )
                    Respondents.        )    **FILED**
                                        )

OCT 2 8 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Dismiss Without Prejudice Petitioner

Sharqawi Abdu Ali Al-Hajj (ISN 1457)'s Petition for Writ of Habeas Corpus, and the record

herein, it is hereby,

ORDERED that the Petition for Writ of Habeas Corpus by Petitioner Sharqawi Abdu Ali

Al-Hajj (ISN 1457) be and hereby is DISMISSED without prejudice.

SO ORDERED.


Dated: 10/27/11

_____
ROYCE C. LAMBERTH
CHIEF JUDGE

3